FILE COPY



**CAUSE NO. 12-15-00139-CR**
**CAUSE NO. 12-15-00140-CR**

**IN THE COURT OF APPEALS**

**TWELFTH COURT OF APPEALS DISTRICT**

**TYLER, TEXAS**

| | | |
|---|---|---|
| **RONNY LEE WILLIAMS,** **APPELLANT** | } | **APPEALED FROM 145TH DISTRICT COURT** |
| **V.** | } | **IN AND FOR** |
| **THE STATE OF TEXAS,** **APPELLEE** | } | **NACOGDOCHES COUNTY, TEXAS** |

## ORDER

Came on for consideration the Appellant's Pro Se Motion for Extension of Time to File Brief in the above-referenced causes, and it appearing that Appellant's counsel has filed an *Anders* brief herein and that Appellant has been unable to examine the record so that he can file a pro se brief, it is hereby ORDERED that the trial court ensure that Appellant has the opportunity to fully examine the appellate record on or before **January 22, 2016**, and it is FURTHER ORDERED that the trial court notify this Court in writing as to the date or dates upon which the appellate record was made available to Appellant and the amount of time for which Appellant had access to the record on each date. Appellant shall have thirty (30) days from the day the appellate record was first made available to him to file his pro se brief with this Court.

**WITNESS THE HONORABLE JAMES T. WORTHEN**, Chief Justice, Twelfth Court of Appeals District, Tyler, Texas.

**GIVEN UNDER MY HAND AND SEAL OF OFFICE** at Tyler, Texas, this 23rd day of December 2015, A.D.

Respectfully yours,

PAM ESTES, CLERK

By: *Katrina McClenny*

Katrina McClenny, Chief Deputy Clerk